

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROBERT JESSIE MORALES, | § | No. 08-20-00102-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Ward County, Texas |
| State. | § | (TC# 19-09-06141-CRW) |
| | § | |

**ORDER**

The Court received and filed the supplemental clerk's record as requested in its order issued October 28, 2021 containing the appointment of Robert V. Garcia. The appeal is therefore reinstated, and the Appellant's brief is now due January 7, 2022.

IT IS SO ORDERED this 8th day of December, 2021.

PER CURIAM

Before Rodriguez, Palafox and Alley, JJ.